Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Andrew Mark Cohen is disbarred.

Fitzgerald, J., took no part.

*In re* **GERSHON**, Neil L. (MR 21295)
Deerfield, IL 60015

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Neil L. Gershon is suspended from the practice of law for one year and until further order of the Court.

*In re* **HARSHMAN**, John Larose (MR 21232)
Pittsfield, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent John Larose Harshman is disbarred.

*In re* **HUNTINGTON**, John T. (MR 21297)
Oak Brook, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed. Respondent John T. Huntington is suspended from the practice of law for one year and until further order of the Court, with the suspension entirely stayed by a two-year period of probation, subject to the following conditions:

a. Respondent shall continue a course of treatment with his psychiatrist, Dr. Thomas R. Rebori, or another qualified psychiatrist acceptable to the Administrator, and shall report to the psychiatrist on not less than a quarterly basis, with the Administrator advised of any change in attendance deemed warranted by such professional;

b. Respondent shall comply with all treatment recommendations of his psychiatrist, including the taking of medications as prescribed;

c. Respondent shall provide to his psychiatrist an appropriate release authorizing the treating professional to:

(1) disclose to the Administrator on at least a quarterly basis information pertaining to the nature of respondent's compliance with any treatment plan established with respect to respondent's condition;

(2) promptly report to the Administrator respondent's failure to comply with any part of an established treatment plan; and